1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                    **WESTERN DIVISION**

11

12  DON EVERETT TEN NAPEL,              )    No. CV 17-3857-PLA
                                        )
13              Plaintiff,              )    **JUDGMENT**
                                        )
14         v.                           )
                                        )
15  NANCY BERRYHILL, ACTING             )
    COMMISSIONER OF SOCIAL              )
16  SECURITY ADMINISTRATION,            )
                                        )
17              Defendant.              )
                                        )
18  _____   )

19     In accordance with the Memorandum Opinion filed concurrently herewith,

20     IT IS HEREBY ADJUDGED that the decision of defendant, the Commissioner of Social

21  Security Administration, is reversed and this case is remanded to defendant for further

22  proceedings consistent with this Memorandum Opinion.

23

24  DATED: April 9, 2018

25                                    _____
                                            PAUL L. ABRAMS
                                     UNITED STATES MAGISTRATE JUDGE
26

27

28